IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ROGER SNYDER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 09-0927 |
| | : | |
| DANIEL BENDER, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of February 2013, upon consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 156), Defendants' Responses (Doc. Nos. 158, 159, 160), and Plaintiff's Replies (Doc. Nos. 163, 164, 165), and following an independent review of Defendants' Motions for Summary Judgment (Doc. Nos. 98, 102, 105), Plaintiff's Responses (Doc. Nos. 137, 138, 141), Defendants' Replies thereto (Doc. Nos. 144 & 145), and United States Magistrate Judge Martin C. Carlson's Report and Recommendation of (Doc. No. 146), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Defendants' Motions for Summary Judgment are **GRANTED**;

2. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.